# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:10-cv-362-RJC-DSC

| | |
|---|---|
| CLAUDIA CHAMBERS,<br><br>    Plaintiff,<br><br>vs.<br><br>ASHLEY FURNITURE INDUSTRIES, INC.;<br>ISH MOORE, INC. D/B/A ASHLEY<br>FURNITURE HOMESTORES; AND ASHLEY<br>HOMESTORES, LTD.,<br><br>    Defendants. | |

## ORDER

**THIS MATTER** is before the Court upon Defendants Ashley Furniture Industries, Inc.'s and Ashley HomeStores, Ltd.'s Motion for Leave to File Documents Under Seal. For the reasons stated in Defendants' Motion and for good cause shown, the Court will <u>grant</u> the Motion.

**IT IS THEREFORE ORDERED** that Defendants Ashley Furniture Industries, Inc.'s and Ashley HomeStores, Ltd.'s Motion for Leave to File Documents Under Seal is hereby **GRANTED**, and the documents designated as "Confidential" by the Defendants shall be filed under seal, with access limited to Court personnel and the parties.

**SO ORDERED**.

Signed: September 17, 2010

_____
David S. Cayer
United States Magistrate Judge